**Order filed September 22, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00153-CV
_____

**ALEX HITZ AND THE BEVERLY HILLS KITCHEN, Appellants**

**V.**

**SCOTT HOLSTEAD, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-16947**

## O R D E R

Appellant's brief was due September 7, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 22, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM